**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7168**

———————

RICHARD JOSEPH RAMSEY,

Petitioner - Appellant,

versus

PATRICIA R. STANSBERRY,

Respondent - Appellee,

and

UNITED STATES COURT OF APPEALS FOR THE ARMED
FORCES,

Respondent.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Dever III,
District Judge. (5:06-hc-02187-D)

———————

Submitted: December 13, 2007      Decided: December 19, 2007

———————

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard Joseph Ramsey, Appellant Pro Se. Steve R. Matheny, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Joseph Ramsey, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and subsequent Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Ramsey v. Stansberry</u>, No. 5:06-hc-02187-D (E.D.N.C. July 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>